**Thomas M. HAMILTON, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 101737**

Missouri Court of Appeals, Eastern District, *DIVISION ONE.*

Filed: May 5, 2015

Rosalynn Koch, Woodrail Centre, 1000 West Nifong, Building 7, Suite 100, Columbia, Missouri 65203, for appellant.

Shaun J. Mackelprang, P.O. Box 899, Jefferson City, Missouri 65102, for respondent.

Before Lawrence E. Mooney, P.J., Clifford H. Ahrens, J. and Lisa S. Van Amburg, J.

*ORDER*

PER CURIAM

Thomas H. Hamilton appeals the judgment of the Circuit Court of Warren County denying his Rule 24.035 motion for postconviction relief after an evidentiary hearing. We affirm the motion court's judgment.

No error of law appears. An extended opinion would have no precedential value.

The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 84.16(b).